FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Feb 7, 2025
OFFICE OF THE CLERK



# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

Fort Smith Division

Kristopher O. Parks
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Pamela Bondi
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 2:25-cv-02010
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kristopher O. Parks |
| Street Address | 7517 Highway 215 |
| City and County | Mulberry, Crawford |
| State and Zip Code | Arkansas, 72947 |
| Telephone Number | 479-551-8160 |
| E-mail Address | LMONDE289@Gmail.Com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: Pamela Jo Bondi
Job or Title *(if known)*: U.S. Attorney General
Street Address: 950 Pennsylvania Avenue
City and County: NW Washington D.C.,
State and Zip Code: District of Columbia, 20530-0001
Telephone Number: Unknown
E-mail Address *(if known)*: Unknown

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. 1983

18 U.S.C. 922(D)(1)

18 U.S.C. 922(G)(1)

18 U.S.C. 922(O)(1)

2nd Amendment U.S. Constitution

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

Or is incorporated under the laws of *(foreign nation)* ________________, and has its principal place of business in *(name)* ________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached Statement

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See ~~attached~~ attached Request for relief

# Statement of Claim

1.- I am currently being prevented from possesing a firearm by 18 U.S.C. 922(D.1) and 18 U.S.C. 922(G.1), which also makes the possesion of amunition for any purpose illegal if you have been convicted of a non-violent felony.

2.- U.S. Attorney General Pamela Bondi is legally responsible for the enforcement of these Statutes, and that without an injunction, she will.

3.- The Second Amendment of the U.S. ~~[illegible]~~ Constitution States that I have a right to posses firearms. I am a Citizen of the United States of America, and therefore I am a part of "The People" who's right to bear arms shall not be infringed.

4.- I believe that the right to bear arms as described in the 2nd Amendment of the U.S. Constitution, protects my right to posses "Automatic Machine Guns", which I am currently being prevented from obtaining and possesing By 18 U.S.C. 922(O.1).

February 4, 2025 1 of 2 →

# Statement of Claim

5.- Statutes 18 U.S.C. 922(D-1), 18 U.S.C. 922(G,1) and 18 U.S.C. 922(O,1) are unconstitutional as applied to me, and are in violation of the plain text of the second amendment of the Constitution Of the United States of America.

6.- 42 U.S.C. 1983 entitles me to the relief that I request.

February 4, 2025

# Relief

request a declaratory Judgement which states whether or not the enforcement of 18 U.S.C. 922(G.1) and 18 U.S.C. 922(D.1) violates the Second Amendment of the Constitution Of the United States of America as applied to me, which permenatly disarms me for non-violent felonies that I have since fully discharged the sentences thereof. I also request this court state whether or not the enforcement of 18 U.S.C. 922(O.1) is a violation of the Second Amendment of the Constitution of the United States of America, as applied to me, and as applied to any of the other "People" as described in the Second Amendment of the Constitution of the United States of America.

I then request a permenant injunction preventing the enforcement of 18 U.S.C. 922(G.1), 18 U.S.C. 922(D.1) and 18 U.S.C. 922(O.1) by the defendant and any of her agents.

February 4, 2025 [signature]

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 4, 2025

Signature of Plaintiff [signature]

Printed Name of Plaintiff Kristopher O. Parks

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address


Kristopher O. Parks
7517 Highway 215
Mulberry AR, 72947
NW ARKANSAS AR 727
5 FEB 2025 PM 1 L
FOREVER / USA
Clerk of Court, Ronald Dowling
30 South 6th Street, Room 1038
Fort Smith, AR 72901-2437
72901-243763